# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**JANUARY 7, 2026**
**CHIEF DISTRICT JUDGE SHELLY D. DICK**

**UNITED STATES OF AMERICA**

**VERSUS**

**FRANCISCO PALMA**

**CRIMINAL ACTION**

**NO. 22-68-SDD-SDJ**

This matter came on this day for *Sentencing*.

PRESENT: **Robert W. Piedrahita, Esq.**
Counsel for the Government

**Jarrett P. Ambeau, Esq.**
Counsel for Defendant

Courtroom Deputy calls the case.

Counsel make appearances.

Court confirms the Defendant has received and reviewed the *Presentence Investigation Report* with advice of Counsel.

Objections to the *Presentence Investigation Report* are discussed.

Court accepts the *Plea Agreement* and adopts factual statements and guideline applications as contained in the *Presentence Investigation Report*.

Defendant allocutes.

Defense counsel argues for sentencing.

Government counsel argues for sentencing.

Court imposes *Sentence*.

Court orders the *Presentence Investigation Report* be filed into the record UNDER SEAL.

Court grants United States' Motion to Dismiss the remaining counts of the *Indictment*.

Defendant is advised of his appeal rights.

Defendant remanded to the custody of the United States Marshal.

* * * * *

Reporter: Shannon Thompson
Cr51b/ 1 hr.